**Rene RAMSEY, Plaintiff—Appellant,**

v.

**THE VILLA JOINT RETIREMENT CONVENT, INCORPORATED, Defendant—Appellee.**

No. 99–1140.

United States Court of Appeals, Fourth Circuit.

Submitted June 17, 1999.

Decided June 24, 1999.

Rene Ramsey, Appellant Pro Se. Saul E. Gilstein, Latonya B. Dargan, Gallagher, Evelius & Jones, Baltimore, Maryland, for Appellee.

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

PER CURIAM.

Rene Ramsey appeals the district court's order granting the Appellee's motion for summary judgment and denying his motion for summary judgment in his Title VII action claiming discrimination based upon his race and gender. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ramsey v. The Villa Joint Retirement Convent, Inc., No. CA–98–1481–WMN (D.Md. Jan. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. AFFIRMED